IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:17-cv-01468-CSB |
| | ) | |
| SUSAN PRENTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT MICHAEL MELVIN

Defendant Michael Melvin, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and answering the Complaint [1] of Plaintiff Robert Williams pursuant to the Court's Merit Review Order [11], states the following and raises other affirmative matters:

1.  Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the court finds that the plaintiff states an Eighth Amendment claim for inhumane conditions of confinement against Warden Melvin.

ANSWER: Defendant Melvin admits that the complaint states a claim under 42 U.S.C. § 1983, but denies that he violated Plaintiff's Eighth Amendment rights or any other Constitutional rights.

### REQUESTED RELIEF

1. Defendant denies that Plaintiff is entitled to compensatory damages;

2. Defendant denies that Plaintiff is entitled to punitive damages.

3. Defendant denies that Plaintiff is entitled to costs, fees, or other relief.

### JURY DEMAND

Defendant respectfully requests trial by jury.

### AFFIRMATIVE DEFENSE

1. To the extent Plaintiff seeks money damages from this Defendant in his official capacity, such a claim is barred by the Eleventh Amendment of the United States Constitution.

2. To the extent Plaintiff did not timely submit a grievance concerning the alleged fungus in the North Cell House 3 Gallery shower in June, 2017, he has failed to exhaust his administrative remedies, provided in 20 Ill. Adm. Code § 504.810, as required by 42 U.S.C. § 1997e (a). To the extent Plaintiff did not timely appeal any grievance discussing his alleged foot fungus in the context of withholding his personal property in June, 2017, he has failed to exhaust his administrative remedies, provided in 20 Ill. Adm. Code § 504.810, as required by 42 U.S.C. § 1997e (a). To the extent Plaintiff did not timely appeal a grievance concerning the alleged feces in North Cell House 115 in December, 2015, he has failed to exhaust his administrative remedies, provided in 20 Ill. Adm. Code § 504.810, as required by 42 U.S.C. § 1997e (a).

WHEREFORE, Defendant Michael Melvin prays that this Honorable Court enter judgement in his favor and against Plaintiff Robert Williams.

Dated: January 16, 2018

Respectfully submitted,

By:  s/ John Dodd

| | |
|---|---|
| LISA MADIGAN, | John M. Dodd #6292712 |
| Attorney General of Illinois | Assistant Attorney General |
| Attorney for Defendants | General Law Bureau |
| | 1776 E. Washington St. |
| | Urbana, IL  61802 |
| | (217) 278-3330 Phone |
| | (217) 278-3370 Fax |
| | jdodd@atg.state.il.us |

## CERTIFICATE OF SERVICE

I certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

and I certify that I have mailed by United States Postal Service, the document to the following CM/ECF non-participants:

Robert Williams #N-03588
Pontiac Correctional Center
P.O. BOX 99
Pontiac, IL  61764

Respectfully submitted,

By:  s/John Dodd

John M. Dodd #6292712
Assistant Attorney General
General Law Bureau
1776 E. Washington St.
Urbana, IL  61802
(217) 278-3330 Phone
(217) 278-3370 Fax
jdodd@atg.state.il.us